In the Matter of the Claim of PAUL MEYER, Appellant, against METROPOLITAN LIFE INSURANCE COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL LESSER, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Motion for leave to appeal to the Appellate Division as a poor person, from order dismissing writ of habeas corpus, and for the assignment of an attorney to prosecute such appeal, denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of JOHN T. KEWISH, Appellant, against J. MORRISON GILMOUR and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals dismissed, as not made within the time prescribed by section 589 of the Civil Practice Act. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of WILLIAM SYNICK, Respondent, against MERCHANTS DESPATCH TRANSPORTATION COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion to amend decision of June 14, 1935, and the order entered thereon, to read " with one bill of costs to be divided by the claimant and the State Industrial Board " granted. [See 244 App. Div. 859.] Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of Mrs. EVA GODDARD, Respondent, against TAYLOR INSTRUMENT COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of WALTER O'NEIL, Alias WALTER KELLY, Petitioner, Appellant, for a Peremptory Order of Mandamus to Compel Commissioner WALTER N. THAYER, JR., and the Duly Constituted Authorities of the Department of Correction of the State of New York, and Others, to Show Cause Why They Have Not Complied with the Laws of the People of the State of New York in a Matter Involving an Act of Legislation Amending the Construction of Section 230 of the Correction Law, Respondents.— Motion for leave to appeal granted. [See 245 App. Div. 349.] The court hereby certifies that in its opinion a question of law is involved herein which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of NICHOLAS PATSAROS (MARIE PATSAROS, as Committee), Respondent, against JOHN EICHLER BREWING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.